IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTWAN JERROD ADAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4437

Opinion filed May 5, 2017.

An appeal from the Circuit Court for Duval County.
Steven Whittington, Judge.

Andy Thomas, Public Defender, Jasmine Quintera Russell, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Thomas H. Duffy and Daniel R. Krumbholz, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., CONCUR.